USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/15/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARLOS HERRERA, on behalf of himself and all others similarly situated,

              Plaintiff,

-against-

ZELOUF INTERNATIONAL CORP.,

              Defendant.

1:23-cv-6721 (MKV)

**ORDER**

---

MARY KAY VYSKOCIL, United States District Judge:

    This case was removed by Defendants from the New York Supreme Court. [ECF No. 1]. One week after removal, Defendant filed a pre-motion letter seeking a conference in advance of its anticipated motion to dismiss. [ECF No. 4]. As the Plaintiff has not yet appeared in this case, Defendant is directed to serve Plaintiff with the Notice of Removal and relevant documents, and to file proof of service on or before August 29, 2023. On or before that date, Defendant is also directed to file a status letter in this matter, advising the Court of its efforts to contact the Plaintiff regarding the action in this forum.

**SO ORDERED.**

Date: August 15, 2023
      New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**