

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2023

Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

October 23, 2023

**Granted. SO ORDERED.**

Date: 10/23/2023
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

**VIA ECF**
Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Herrera v. Zelouf International Corp.*
Case No. 1:23-cv-06721-MKV

Dear Judge Vyskocil:

I represent defendant. I write with the consent of plaintiff's counsel to request that the Court extend the October 25, 2023 deadline for defendant's motion to dismiss which was set by the Courts' September 29, 2023 Order (docket no. 13). The basis for this request is that the parties have made progress negotiating a settlement, but it appears we will need roughly two weeks to ascertain whether we can succeed in reaching an agreement. Accordingly we propose that the new schedule be as follows: defendant's motion would be due November 8, opposition would be due December 12, and reply would be due December 22. This is the first request to extend the briefing schedule.

Thank you for your attention to this matter.

Respectfully,

*Peter T. Shapiro*

Peter T. Shapiro of
LEWIS BRISBOIS BISGAARD & SMITH LLP

PTS:mf

cc: Counsel for Plaintiff (via ECF)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA
131069886.1